An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD L. MILBOURN,
Petitioner,
vs.
ROBERT LEGRAND; AND PERSHING
COUNTY CLERK,
Respondents.

No. 66182

**FILED**

SEP 1 6 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION FOR WRIT RELIEF*

This is a proper person writ petition requesting judicial review regarding the County Clerk's refusal to produce photocopies for petitioner.

Petitioner seeks to compel respondents to provide photocopies of his complaint and docket on the basis of his in forma pauperis status. In forma pauperis status provides that the clerk of the court shall allow a person so designated to commence or defend an action without costs and shall allow that designee to file any necessary writ, process, pleading, or paper without charge. NRS 12.015(2)(a). This court has never held that NRS 12.015 requires the court clerk to provide an in forma pauperis litigant with photocopies in connection with the litigant preparing and

SUPREME COURT
OF
NEVADA

(O) 1947A

14-30558

prosecuting his or her case. Petitioner has not otherwise identified any authority supporting an entitlement to relief.[1] Accordingly, we

ORDER the petition DENIED.[2]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Richard L. Milbourn
       Attorney General/Carson City
       Pershing County Clerk

---

[1]Additionally, petitioner contends that he is entitled to damages in the event that his requested relief is not provided, citing to NRS 34.670, which is limited to habeas corpus actions. Petitioner has labeled his petition a personal injury complaint and provided no basis on which to conclude that issues of habeas corpus are implicated. Likewise, the record contains no basis to support petitioner's contention that NRS 205.320 or any conduct amounting to extortion is at issue. We conclude that neither of these purported bases warrant relief.

[2]We direct the clerk of this court to file petitioner's July 31, 2014, motion for leave to file this petition, and the motion is denied as moot.